# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # ___**6**___

------------------------------------------------------------

RAMIEREZ

USCA NO. _____

SDNY NO. _07cv9762_
JUDGE: __KMW__
DATE: __12/28 / 2007__

-v-

UNITED STATES OF AMERICA

------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
            FIRM _____APPEALS  SECTION_____
     ADDRESS _UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY._
            _500 PEARL STREET, NEW YORK, NEW YORK 10007_____
     PHONE NO._____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------------

DOCUMENTS                                                                    DOC#

_____
_____Clerk's Certificate_____
_____
_____See Attached List of Numbered Documents_____
_____
_____Only Circled Documents Included_____
_____


( _√_ ) Original Record                              ( _____ ) Supplemental Record


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _28th_____ Day of __December__, 2007.

**United States District Court for
the Southern District of New York**

Date: __12/28/ 2007____

U.S.C.A. # _____

-------------------------------------------------------------

VICTOR RAMIEREZ

U.S.D.C. # __07cv9762__

-V-

D.C. JUDGE __KMW__

UNITED STATES OF AMERICA

-------------------------------------------------------------

# Clerk's  Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of
New York, do hereby certify that the certified copy of the docket entries and the original filed papers
numbered __1__ Through_5_, inclusive, constitutes the Original record on appeal in the above entitled
proceedings except for the following missing documents:

**Date Filed**                          **Document Description**

_____

_____

_____

_____

_____

_____

_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York,
this 2̲8̲th _____ Day of __December__ In this year of our Lord, Two Thousand and Seven, and the
Independence of the United States this 232nd  year.

J. Michael McMahon, Clerk

By _____

**Deputy Clerk**

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-09762-KMW
#### Internal Use Only

Ramierez v. United Sates of America
Assigned to: Judge Kimba M. Wood
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 11/05/2007
Date Terminated: 11/05/2007
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Victor Ramierez.(jpo) (Entered: 11/13/2007) |
| 11/05/2007 | | Magistrate Judge Debra C. Freeman is so designated. (jpo) (Entered: 11/13/2007) |
| 11/05/2007 | 2 | NOTICE of MOTION for an order pursuant to the Immagration and Nationality Act 242 9 (h)(2)(2) as ammended in title 8 U.S.C. 1252 (h)(2)(A), granting Immediate Deportation. Document filed by Victor Ramierez.(jpo) (Entered: 11/13/2007) |
| 11/05/2007 | 3 | ORDER OF DISMISSAL Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/2007) (jpo) (Entered: 11/13/2007) |
| 11/05/2007 | 4 | JUDGMENT: Ordered, Adjudged and Decreed: That the Notice of Motion for Immediate Deportation is hereby dismissed, a certificate of appealability will not issue. We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/2007) (jpo) (Entered: 11/13/2007) |
| 11/30/2007 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Petition),. Document filed by Victor Ramierez. Copies of Notice of Appeal mailed to attorney(s) of record: A.U.S.A. (nd) (Entered: 12/28/2007) |
| 11/30/2007 | | Appeal Remark as to 5 Notice of Appeal filed by Victor Ramierez. IFP REVOKED ON 11/5/2007; $455.00 APPEAL FILING FEE DUE. (nd) (Entered: 12/28/2007) |
| 12/28/2007 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (nd) (Entered: 12/28/2007) |
| 12/28/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (nd) (Entered: 12/28/2007) |